THE PEOPLE OF THE STATE OF NEW YORK ex rel. JUSTO RICHARDS, Appellant, v CALVIN WEST, as Superintendent of Elmira Correctional Facility, Respondent.

In the Matter of JUSTO RICHARDS, Appellant, v CALVIN WEST, Respondent.

Submitted September 21, 2009; decided November 24, 2009

Reported below, 2009 NY Slip Op 78317(U); 2009 NY Slip Op 78318(U).

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the proceedings within the meaning of the Constitution. Motion for poor person relief etc. dismissed as academic.

---

ALEJANDRO ROSA, Appellant, v STATE OF NEW YORK, Respondent.

Submitted October 13, 2009; decided November 24, 2009

Reported below, 63 AD3d 1383.

On the Court's own motion, appeal dismissed, without costs, upon the ground that it is untimely (*see* CPLR 5513 [a]). Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

---

In the Matter of CHRISTOPHER SHAPARD, Appellant, v ANTHONY ZON, Superintendent, Wende Correctional Facility, et al., Respondents.

Submitted June 5, 2009; decided November 24, 2009

Reported below, 63 AD3d 1661.

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied. Motion for poor person relief dismissed as academic.